

FILED by __KS__ D.C.

**Jun 8, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 21-60155-CR-SMITH/VALLE

### CASE NO. _____
### 8 U.S.C. § 1326(a)

**UNITED STATES OF AMERICA**

**vs.**

**HERMINIO MONCADA TURCIOS,**

     **Defendant.**

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about September 19, 2020, in Broward County, in the Southern District of Florida, the defendant,

### HERMINIO MONCADA TURCIOS,

an alien, having previously been removed from the United States on or about October 13, 2006, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States

1

Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____

FOREPERSON


*Thomas J. Mulvihill*

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY


*Jennifer A Keene*

JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

Herminio Moncada Turcios,

_____/
Defendant

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | | | New defendant(s) | Yes ____ | No ____ |
|---|---|---|---|---|---|---|---|
| | Miami | ___ | Key West | ___ | Number of new defendants | ____ | |
| X | FTL | ___ | WPB ___ FTP | | Total number of counts | ____ | |

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)     Yes____
    List language and/or dialect     Spanish_____

4.  This case will take __2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

(Check only one)

| | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | __x__ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __x__ |
| V | 61 days and over | _____ | | |

6.  Has this case previously been filed in this District Court?     (Yes or No)     No____
    If yes: Judge _____ Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     No____
    If yes: Magistrate Case No. _____
    Related miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)     No____

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes____     No X___

8.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes____     No X___

9.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     Yes____     No X___

_____
JENNIFER A. KEENE
Florida Bar No. 0958263

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** Herminio Moncada Turcios

**Case No:** _____

Count  #: 1

Illegal Reentry After Removal

8 U.S.C. § 1326(a)

**\* Max.Penalty:** 2 years' imprisonment; $250,000 fine; a term of 1 year of supervised release

Count  #:

**\*Max. Penalty:**

Count  #:

**\*Max. Penalty:**

Count  #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**